1
2
3                     UNITED STATES DISTRICT COURT
4              FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                            OAKLAND DIVISION
6
7   PETER KING,                              Case No:  C 20-00462 SBA
8              Plaintiff,                    **JUDGMENT**
9       vs.
10  CONTRA COSTA COUNTY, and DOES 1-
    10,
11             Defendants.
12
13       In accordance with the Court's Order Granting Defendant's Motion to Dismiss, final
14  judgment is entered in favor of Defendant.
15
16
17       IT IS SO ORDERED.                    *Saundra B Armstrong*
                                              SAUNDRA BROWN ARMSTRONG
18       Dated:  02/28/2020                   Senior United States District Judge
19
20
21
22
23
24
25
26
27
28